*A. J. Boone*, for the appellant.

---

Trittipo and Another *v.* Talbott and Others.

APPEAL from the *Hamilton* Court of Common Pleas.

*Per Curiam.*—In this case the only error assigned is, that the writ was made returnable on the second day of the term of the Court. There was no error in this. *Davis* v. *Pike*, at this term (1).

The judgment is affirmed with 5 per cent. damages and costs.

*E. S. Stone* and *W. W. Conner*, for the appellants.

*D. Moss, J. W. Evans, S. Yandes,* and *C. C. Hines,* for the appellees.

(1) *Ante,* 379.